IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FERNANDO GARCIA DIAZ, | * |
| Petitioner, | * |
| v. | Case No. 7:26-cv-9 (WLS-AGH) |
| | * |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 21, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 21st day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk